IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

UNITED STATES OF AMERICA     )
                             )
    v.                       )   CRIMINAL ACTION NO.
                             )      3:10cr43-MHT
TORIAN DION WRIGHT           )          (WO)

OPINION AND ORDER

This cause is before the court on the parties' joint motion to continue defendant Torian Dion Wright's trial. For the reasons set forth below, the court finds that jury selection and trial, now set for August 16, 2010, should be continued pursuant to 18 U.S.C. § 3161(h)(7).

While the granting of a continuance is left to the sound discretion of the trial judge, United States v. Stitzer, 785 F.2d 1506, 1516 (11th Cir. 1986), the court

is limited by the requirements of the Speedy Trial Act,

18 U.S.C. § 3161.  The Act provides in part:

> "In any case in which a plea of not guilty is entered, the trial of a defendant charged in an information or indictment with the commission of an offense shall commence within seventy days from the filing date (and making public) of the information or indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs."

18 U.S.C. § 3161(c)(1).  The Act excludes from the 70-day period any continuance based on "findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." § 3161(h)(7)(A).  In granting such a continuance, the court shall consider, among other factors, whether the failure to grant the continuance would "result in a miscarriage of justice," § 3161(h)(7)(B)(i), or "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective

2

preparation, taking into account the exercise of due diligence."  § 3161(h)(7)(B)(iv).

The court concludes that, in this case, the ends of justice served by granting a continuance outweigh the interest of the public and Wright in receiving a speedy trial.

The parties have recently entered into plea negotiations and are hopeful that this case can be resolved without the need for a trial.  In addition, Congress recently passed the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372.  The law was signed by the President on August 3, 2010.  The central aim of the law is to narrow the sentencing disparity between crack-cocaine and powder-cocaine offenses.  A continuance of the trial in this case will allow time for the parties to study this new law to determine its possible effect on Wright's case and allow the parties to continue their plea negotiations.

Accordingly, it is ORDERED as follows:

(1) The joint motion to continue defendant Torian Dion Wright's trial (Doc. No. 20) is granted.

(2) The jury selection and trial, now set for August 16, 2010, are reset for November 15, 2010, at 10:00 a.m., at the federal courthouse in Opelika, Alabama.

DONE, this the 9th day of August, 2010.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE