IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:10cr43-MHT |
| | ) | (WO) |
| TORIAN DION WRIGHT | ) | |

ORDER

Based on the recommendation for treatment by Dr. Kale Kirkland in the psychiatric report (doc. no. 84) and representations made during an on-the-record conference call on July 23, 2018, it is ORDERED that defendant Torian Dion Wright shall attend mental-health counseling twice per month as a condition of his supervised release until further order of the court.

DONE, this the 24th day of July, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE